Argued and submitted January 23, conviction affirmed, remanded for resentencing
February 13, 1985

STATE OF OREGON,
*Respondent,*

*v.*

JERRY SEDILLO MONTANO,
*Appellant.*

(M56178 A; CA A31256)

695 P2d 928

John E. Rodgers, Forest Grove, argued the cause and filed the brief for appellant.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

In this criminal case, defendant appeals his conviction for assault in the fourth degree. On the merits, his conviction is affirmed. However, the sentence is vacated and the case is remanded for resentencing to allow the trial court to make an appropriate allocation of the victim's losses between an automobile collision and the assault, and to consider the factors mandated by ORS 137.106(2).

Conviction affirmed; remanded for resentencing.